STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JENNIFER CHOU (Cal. Bar No. 238142)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6482
     Facsimile: (213) 894-0141
     E-mail:    jennifer.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 14-274(A)-JFW |
|---|---|
| Plaintiff, | STIPULATION RE: AMENDED AND ADDITIONAL CONDITIONS OF SUPERVISED RELEASE |
| v. | |
| JEREMY BRENDAN SEARS, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jennifer Chou, and defendant Jeremy Brendan Sears ("defendant"), both individually and by and through his counsel of record, Paul Horgan, hereby stipulate as follows:

1. On January 2, 2015, defendant pleaded guilty to count 8 of the first superseding indictment in the above-captioned case.

2. Defendant is currently scheduled to be sentenced by the Court on May 29, 2015, at 9:00 a.m.

3. In the plea agreement, defendant agreed to a lifetime period of supervised release following his release from custody, as well as enumerated terms and conditions of supervised release. See Plea Agreement ¶ 2(j).

4. The parties stipulate and agree that the condition currently set forth at paragraph 2(h)(xviii) of the plea agreement shall be amended to read as follows:

> The defendant shall possess and use only those computers and computer related devices, screen user names, passwords, email accounts, and Internet service providers (ISPs) that have been approved[1] by the Probation Officer upon commencement of supervision. Any changes or additions are to be approved by the Probation Officer prior to the first use. Computers and computer-related devices include personal computers, personal data assistants (PDAs), Internet appliances, electronic games, cellular telephones, and digital storage media, as well as their peripheral equipment, that can access, or can be modified to access, the Internet, electronic bulletin boards, and other computers

5. The parties stipulate and agree to the following additional terms and conditions of supervised release:

   a. Defendant shall not use any Internet-capable devices that can access the Internet but cannot be reasonably monitored by the Probation Office, including, but not limited to, PlayStation and Wii devices.

---

[1] This condition currently requires only disclosure to the Probation Office, without require the Probation Office's approval to possess.

2

    b. Defendant shall not use any social networking or social media sites via any device whatsoever without the written pre-approval of the Probation Officer.  Defendant may use a social media or online profile only after the Probation Office has approved the profile and been provided with that profile's user name, log-in, and password information.

    c. The defendant shall participate in the Location Monitoring Program, and will be monitored via GPS until and unless otherwise ordered by the Court; the defendant shall observe all rules of such program, as directed by the Probation Officer.  The defendant shall participate in the tracking portion of the program without schedule restrictions.  The defendant shall submit to routine inspections of the monitoring equipment and charge the GPS Tracker.  The defendant, subject to his reasonable ability to pay as

//
//
//

determined by the Probation Officer and the Court, shall pay the costs of location monitoring to the contract vendor, not to exceed the sum of $12.00 for each day of participation. The defendant shall provide payment and proof of payment as instructed by the Probation Officer.

IT IS SO STIPULATED.

Dated: May 1, 2015          Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____
JENNIFER Y. CHOU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 1, 2015

_____
JEREMY BRENDAN SEARS
Defendant

Dated: May 1, 2015

_____
PAUL HORGAN, Esq.
Attorney for Defendant
JEREMY BRENDAN SEARS

4