STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JENNIFER CHOU (Cal. Bar No. 238142)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6482
     Facsimile: (213) 894-0141
     E-mail:    jennifer.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 14-274(A)-JFW |
|---|---|
| Plaintiff, | ) <u>STIPULATION RE: RESTITUTION ORDER</u> |
| v. | ) |
| JEREMY BRENDAN SEARS, | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jennifer Chou, and defendant Jeremy Brendan Sears ("defendant"), both individually and by and through his counsel of record, Paul Horgan, hereby stipulate as follows:

1. On January 2, 2015, defendant pleaded guilty to count 8 of the first superseding indictment in the above-captioned case.

2. Defendant is currently scheduled to be sentenced by the Court on May 29, 2015, at 9:00 a.m.

3. In the plea agreement, defendant agreed to make restitution at or before the time of sentencing. See Plea Agreement ¶ 2(h). The parties agree that this stipulation shall become part of the plea agreement.

4. The parties agree that the minor individual with the initials A.H., and A.H.'s family, are "victims" in this case, meaning they are "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

5. The parties agree that a reasonable and appropriate amount of restitution to be paid to victim A.H. and A.H.'s family is $491.09.

6. The parties stipulate and agree that defendant shall pay victim A.H. in this full amount on or before the date of sentencing, that is, May 29, 2015.

7. Defendant will provide the restitution payment to the Fiscal Section of the Clerk's Office of the United States District Court, located at:

> 312 N. Spring Street
> Room 529
> Los Angeles, CA 90012

8. The Clerk's Office shall disburse the payment to victim A.H. at the address listed on the Confidential Victim List of Individuals that the Probation Office shall provide to the Clerk's Office.

1     9.   No other individual has made any claim for victim
2 restitution at this time.
3     IT IS SO STIPULATED.
4 Dated: ~~April 30~~, 2015         Respectfully submitted,
5        May 1

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

JENNIFER Y. CHOU
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: May 1, 2015

JEREMY BRENDAN SEARS
Defendant

Dated: May 1, 2015

PAUL HORGAN, Esq.
Attorney for Defendant
JEREMY BRENDAN SEARS

3